CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 12 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 7:12CR00043 |
| | (CASE NO. 7:14CV80757) |
| v. | **FINAL ORDER** |
| DAVID ANTHONY TAYLOR, | By: Hon. Glen E. Conrad |
| | Chief United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, For the stated reasons, it is

**ADJUDGED AND ORDERED**

that the § 2255 action (ECF No. 166) is DISMISSED WITHOUT PREJUDICE and stricken from the active docket of the court; and the defendant's "POST CONVICTION RELIEF TO VACATE CONVICTION" (ECF No. 166) is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: This 12th day of August, 2014.

/s/ Glen Conrad
Chief United States District Judge