CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 7:12CR00043 |
| | ) | (Civil Action No. 7:17CV81229) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| DAVID ANTHONY TAYLOR, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Taylor's judgment (Docket No. 135) shall be **AMENDED** to replace the two "Conspiracy to Interfere With Commerce by Threats or Violence" phrases, which currently describe Taylor's two 18 U.S.C. § 1951(a) convictions, with the phrase "Hobbs Act robbery";

2. The government's motion to dismiss (Docket No. 215) is **GRANTED**;

3. Taylor's motion pursuant to 28 U.S.C. § 2255 (Docket No. 213) is **DISMISSED**;

4. This action shall be **STRICKEN** from the active docket of this court; and

5. Based upon the court's finding that Taylor has not made the requisite showing of the denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 17th day of July, 2017.

_____
United States District Judge