IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 7:12-CR-43 |
| | ) | |
| DAVID ANTHONY TAYLOR, | ) | |

## MOTION TO CONDUCT RESENTENCING VIA VIDEOCONFERENCE

The appellant, David Anthony Taylor, respectfully moves this Court to permit his resentencing via videoconference. In support thereof, counsel state as follows:

1. Counsel spoke with Mr. Taylor on January 18, 2023 and informed him of this Court's order and his options regarding either an in-person or videoconference resentencing.

2. Recognizing the dangers and difficulties of transport while covid-19 cases, as well as other viral illnesses, are rising, Mr. Taylor informed counsel he would prefer the resentencing be conducted by videoconference.

3. Mr. Taylor has been mailed the form for him to sign regarding a videoconference; his BOP counselor has also received a copy. Counsel has not yet received the signed form back.

4. Counsel wishes to comply with this Court's order on January 12, 2023, ECF # 251, asking for response in 10 days; as such, counsel wishes to convey that a verbal agreement for resentencing via videoconference has been conveyed to her. At

such time as Mr. Taylor's signed consent is returned in the mail, counsel will file it with this Court.

Respectfully submitted,

/s Arin Melissa Brenner

Arin Melissa Brenner
NY Bar No. 4990974
Assistant Federal Public Defender
Western District of Virginia
210 First St., SW, Suite 400
Roanoke, VA 24011
Phone: (540) 777-0880
Fax: (540) 777-0890

*Counsel for Mr. Taylor*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

     /s  Arin Melissa Brenner

     Arin Melissa Brenner
     NY Bar No. 4990974
     Assistant Federal Public Defender
     Western District of Virginia
     210 First St., SW, Suite 400
     Roanoke, VA 24011
     Phone: (540) 777-0880
     Fax: (540) 777-0890